An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PHILIP J. TAFT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63087



FILED

JUN 07 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for the appointment of counsel and request for evidentiary hearing. Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

Because no statute or court rule permits an appeal from an order denying the aforementioned motion and request, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

 
13-16676

cc: Hon. Valorie J. Vega, District Judge
Philip J. Taft
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A